IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RICHARD R. PATTON                                                                                    PLAINTIFF

v.                                        Case No. 6:21-cv-06039

HOT SPRING COUNTY JAIL                                                                        DEFENDANT

## ORDER

Now before the Court is the Report and Recommendation filed June 7, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 6). Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se*. Judge Bryant recommended that this case be dismissed without prejudice as frivolous and that the dismissal of this case constitutes a strike pursuant to 28 U.S.C. § 1915(g).

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*. Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to place a § 1915 strike flag on this case.

**IT IS SO ORDERED** this 29th day of July 2021.

.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**